| Atty or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| TIMOTHY J. YOO (SBN 155531)<br>CARMELA T. PAGAY (SBN 195603)<br>LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.<br>10250 Constellation Boulevard, Suite 1700<br>Los Angeles, CA 90067<br>Telephone: (310) 229-1234<br>Facsimile:  (310) 229-1244<br>Email:  tjy@lnbyb.com, ctp@lnbyb.com<br><br>Attorneys for Heide Kurtz, Chapter 7 Trustee | |

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

</div>

| In re: SEROZH MESROPIAN and ROOBINA KARIMIAN,<br><br><div align="right">Debtor.</div> | CHAPTER: 7<br>CASE NO.  2:10-bk-30338-ER<br><br>[No Hearing Required] |
|---|---|

<div align="center">

## DECLARATION RE: ENTRY OF ORDER WITHOUT HEARING PURSUANT TO LOCAL BANKRUPTCY RULE 2014-1(b)(4)

</div>

1.  I am the ☐ Applicant  ☒ Applicant's Attorney in this matter and declare as follows:

2.  On *(specify date)*: <u>October 20, 2010</u>, Applicant filed an Application entitled *(specify)*: APPLICATION OF CHAPTER 7 TRUSTEE TO EMPLOY LEVENE, NEALE, BENDER, YOO & BRILL L.L.P., AS GENERAL BANKRUPTCY COUNSEL; DECLARATION OF TIMOTHY J. YOO IN SUPPORT THEREOF

3.  A copy of the Application and of the Notice of Application are attached hereto.

4.  Pursuant to Local Bankruptcy Rule 2014-1(b), the Application was served by mail on *(specify date)*: <u>October 20, 2010</u>, together with a notice stating that any party objecting to the Application has 14 days within which to file and serve any written objection and request a hearing on the above Application.

5.  More than <u>14</u> days have passed since the service of the Notice of Application.

6.  No objection has been timely served on Applicant at the address specified in the notice.  Therefore, no hearing is required.

7.  The proposed Order is submitted herewith.

WHEREFORE, Applicant requests that the Order granting the relief requested in the Application be signed and entered forthwith.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on the following date at <u>Los Angeles</u>, California.

Dated: November 12, 2010

**CARMELA T. PAGAY**
*Typed Name of Declarant*

*Signature of Declarant*

*chua 10/20/10*

1   TIMOTHY J. YOO (State Bar No. 155531)
    tjy@lnbyb.com
2   CARMELA T. PAGAY (State Bar No. 195603)
    ctp@lnbyb.com
3   LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
    10250 Constellation Boulevard, Suite 1700
4   Los Angeles, CA 90067
    Telephone: (310) 229-1234
5   Facsimile:  (310) 229-1244

6   Attorneys for Heide Kurtz
    Chapter 7 Trustee

7

8               **UNITED STATES BANKRUPTCY COURT**

9                **CENTRAL DISTRICT OF CALIFORNIA**
                  **LOS ANGELES DIVISION**

10

11

12   In re

13   SEROZH MESROPIAN and ROOBINA
    KARIMIAN,

14                Debtors.

15

16

17

18

| | |
|---|---|
| In re<br><br>SEROZH MESROPIAN and ROOBINA KARIMIAN,<br><br>           Debtors. | Case No. 2:10-bk-30338-ER<br><br>Chapter 7<br><br>**APPLICATION OF CHAPTER 7 TRUSTEE TO EMPLOY LEVENE, NEALE, BENDER, YOO & BRILL L.L.P., AS GENERAL BANKRUPTCY COUNSEL; DECLARATION OF TIMOTHY J. YOO IN SUPPORT THEREOF**<br><br>[No Hearing Required] |

19   **TO THE HONORABLE ERNEST M. ROBLES, UNITED STATES BANKRUPTCY**

20   **JUDGE:**

21        Heide Kurtz, the Chapter 7 Trustee (the "Trustee," or "Applicant") for the estate of

22   Serozh Mesropian and Roobina Karimian, Debtors herein (the "Debtors"), respectfully applies

23   for authority to employ Levene, Neale, Bender, Yoo & Brill, L.L.P. ("LNBYB"), as general

24   bankruptcy counsel for the effective as of October 12, 2010, and represents as follows:

25

26   ///

27   ///

28

<div align="center">1</div>

# I.

## NEED FOR LEGAL COUNSEL

1.    The Trustee's preliminary investigation has revealed that only a few months prior to the bankruptcy filing, debtor Serozh Mesropian transferred his 50% interest in the real property located at 10421 Parr Avenue, Sunland, California (the "Property") for no consideration (the "Transfer").

2.    In order to protect the estate's potential interest in the Property, the Trustee required counsel to commence an adversary proceeding against the transferees of the Property to avoid and recover the Transfer and to be able to sell the Property in its entirety under 11 U.S.C. § 363(h).    The Trustee also requires counsel to facilitate the sale of the Property assuming the Trustee is successful in the litigation, including commencement of unlawful detainer proceedings against non-debtor occupants of the Property.

# II.

## PROPOSED EMPLOYMENT OF LNBYB

3.    Applicant desires to employ LNBYB, whose address is 10250 Constellation Boulevard, Suite 1700, Los Angeles, California, 90067, as general bankruptcy counsel in this case.

4.    In addition to the tasks described above in paragraph 2, Applicant requires counsel to continue to perform the following tasks:

a.    advising Applicant with regard to the requirements of the Bankruptcy Court, Bankruptcy Code, Bankruptcy Rules and the Office of the United States Trustee ("OUST") as they pertain to the Debtors;

b.    advising Applicant with regard to certain rights and remedies of its bankruptcy estate and the rights, claims and interests of creditors;

c.    representing Applicant in any proceeding or hearing in the Bankruptcy Court involving its estate unless Applicant is represented in such proceeding or hearing by other special counsel;

2

1         d.      conducting examinations of witnesses, claimants or adverse parties and

2 representing Applicant in any adversary proceeding except to the extent that any such adversary

3 proceeding is in an area outside of LNBYB's expertise or which is beyond LNBYB's staffing

4 capabilities;

5         e.      preparing and assisting the Applicant in the preparation of reports,

6 applications, pleadings and orders including, but not limited to objections to claims, settlements

7 and other matters relating to the case;

8         f.      investigating, evaluating, and prosecuting objections to claims as may be

9 appropriate; and

10         g.      performing any other services which may be appropriate in LNBYB's

11 representation of Applicant during the bankruptcy case.

12     5.     LNBYB is composed of 23 attorneys who specialize in the practice of

13 bankruptcy law, three of whom are chapter 7 trustees. LNBYB, with the addition of attorneys

14 from RDW, has represented chapter 7 truustees in numerous cases over a period of more than

15 40 years. As such, LNBYB is particularly well-qualified to represent Applicant in this case.

16 All attorneys associated with LNBYB who will render services in this case are duly admitted to

17 practice law in the courts of the State of California and in the United States District Court for

18 the Central District of California. Attached hereto as <u>Exhibit 1</u> and incorporated herein by

19 reference is a true and correct copy of LNBYB's fee schedule. LNBYB's resume, which sets

20 forth the experience and qualifications of LNBYB's attorneys and paralegals, can be found on

21 LNBYB's website, <u>http://www.LNBYB.com.</u> Members and associates of LNBYB are familiar

22 with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local

23 Bankruptcy Rules, and will comply with them if employed as Applicant's counsel.

24     6.     For all the foregoing reasons, the Trustee believes that LNBYB's employment is

25 in the best interest of the estate, as required by 11 U.S.C. § 327(d) as a condition of

26 employment.

27 ///

28 ///

<div align="center">3</div>

## III.

### COMPENSATION OF LNBYB

7.      LNBYB has agreed to accept as compensation for its services such sums as may be allowed by this Court in accordance with law, based upon the time spent and services rendered, the results achieved, the difficulties encountered, the complexities involved, and other appropriate factors.

8.      LNBYB will comply with the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, promulgated by the U.S. Trustee Program and reprinted at 28 C.F.R. Part 58, Appendix A.

9.      LNBYB has neither received a retainer nor a lien or interest in property of the Debtors or third parties with respect to its representation of Applicant.  No agreement exists for a division of fees between LNBYB and any other person or entity except as among the members of LNBYB.

10.      No compensation will be paid by Applicant to LNBYB except upon application to and approval by this Court after notice and a hearing pursuant to sections 330 and 331 of the Bankruptcy Code.

11.      There is no agreement between Applicant and LNBYB regarding LNBYB's employment in this case other than as expressed in this Application.

## IV.

### LNBYB IS DISINTERESTED AND DOES NOT HOLD ANY INTEREST ADVERSE TO THE ESTATE

12.      To the best of Applicant's knowledge and based upon the Declaration of Timothy J. Yoo (the "Yoo Declaration"), LNBYB and all attorneys associated with LNBYB who expect to render services in this matter are disinterested persons, do not hold or represent an interest adverse to the estate, and do not have any connections with the Debtors, the creditors of the estate, any other party in interest in this case, or each of their respective attorneys or accountants, the OUST, or any person employed by the OUST.  In addition, LNBYB, by and through its new shareholders, members and associates from Robinson, Diamant & Wolkowitz,

4

1 | APC, has represented the Trustee in unrelated cases before the United States Bankruptcy Court.

2 | Such prior representation does not affect the proposed representation herein.

3 |     13.    To the best of Applicant's knowledge and based upon the Yoo Declaration,

4 | LNBYB:

5 |         a.    Is not and was not a creditor, an equity security holder, or an insider of

6 | the Debtors;

7 |         b.    Is not and was not, within 2 years before the date of the filing of the

8 | petition, a director, officer, or employee of the Debtors;

9 |         c.    Does not have an interest materially adverse to the interests of the estate

10 | or of any class of creditors or equity security holders, by reason of any direct or indirect

11 | relationship to, connection with, or interest in, the Debtors, or for any other reason; and

12 |         d.    Is not a relative or employee of the OUST or a United States Bankruptcy

13 | Court judge.

14 |                                          **V.**

15 |                     **NOTICE OF THE APPLICATION IS SUFFICIENT**

16 |     14.    A notice advising creditors and other interested parties of Applicant's

17 | Application to Employ Levene, Neale, Bender, Yoo & Brill, L.L.P., as general bankruptcy

18 | counsel, and summarizing the Application's contents, has been filed and served in accordance

19 | with Local Bankruptcy Rule 2014-1(b)(2).

20 | ///

21 | ///

22 | ///

23 | ///

24 | ///

25 | ///

26 | ///

27 | ///

28 | ///

5

1    WHEREFORE, Applicant prays that she be authorized to employ Levene, Neale,

2  Bender, Yoo & Brill, L.L.P., as general bankruptcy counsel in this case effective as of October

3  12, 2010, with compensation to be paid in such amount as the Court may hereafter allow in

4  accordance with the law.

5  DATED: October 2, 2010

HEIDE KURTZ, Chapter 7 Trustee

6

7  Presented by:

LEVENE, NEALE, BENDER, YOO
8  & BRILL L.L.P.

9
By:
10    CARMELA T. PAGAY
      Attorneys for Heide Kurtz
11    Chapter 7 Trustee

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6

## DECLARATION OF TIMOTHY J. YOO

I, Timothy J. Yoo, declare as follows:

1.    I am an attorney at law, duly-qualified to practice before all courts of the State of California and before the United District Court for the Central District of California. I am an associate of the law firm of Levene, Neale, Bender, Yoo & Brill L.L.P. ("LNBYB"). I have personal knowledge of the facts stated herein, except where stated upon information and belief, and as to such statements, I believe them to be true. I make this Declaration in support of the Application of Heide Kurtz, as Chapter 7 Trustee, to employ LNBYB as general bankruptcy counsel. Unless the context indicates otherwise, capitalized terms herein shall have the meanings as defined in the Application.

2.    LNBYB is composed of 23 attorneys who specialize in the practice of bankruptcy law, three of whom are chapter 7 trustees. Attorneys at LNBYB have represented chapter 7 trustees in numerous cases over a period of approximately 40 years. As such, LNBYB is particularly well-qualified to represent Applicant in this case. All attorneys associated with LNBYB who will render services in this case are duly admitted to practice law in the courts of the State of California and in the United States District Court for the Central District of California. Attached hereto as Exhibit 1 is a copy of LNBYB's fee schedule. LNBYB's resume, which sets forth the experience and qualifications of its attorneys can be found on LNBYB's website, http://www.LNBYB.com which sets forth the experience and qualifications of the attorneys as well as their billing rates.

3.    The partners and associates of LNBYB are familiar with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules and will comply with them if employed as Applicant's counsel, as well as the procedures set forth in the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, promulgated by the U.S. Trustee Program and reprinted at 28 C.F.R. Part 58, Appendix A.

4.    Following Applicant's request that LNBYB represent her in this case as general counsel, a conflicts check was undertaken, utilizing LNBYB's client list database. I also

1 | reviewed the potential representation of Applicant with other attorneys at LNBYB to ensure that
2 | no conflict of interest exists.

3 |     5.    I believe that LNBYB is "disinterested" based upon the fact that LNBYB:

4 |         a.    Is not and was not a creditor, an equity security holder, or an insider of
5 | the Debtors;

6 |         b.    Is not and was not, within 2 years before the date of the filing of the
7 | petition, a director, officer, or employee of the Debtors;

8 |         c.    Does not have an interest materially adverse to the interest of the estate or
9 | of any class of creditors or equity security holders, by reason of any direct or indirect
10 | relationship to, connection with, or interest in, the Debtors, or for any other reason; and

11 |         d.    Is not a relative or employee of the OUST or a United States Bankruptcy
12 | Court judge.

13 |     6.    LNBYB has represented the Trustee in unrelated cases before the United States
14 | Bankruptcy Court. Such prior representation does not affect the proposed representation herein.

15 |     7.    There is no agreement between Applicant and LNBYB regarding LNBYB's
16 | employment in this case other than as expressed in this Application.

17 |     8.    LNBYB has neither received a retainer nor advance fee. LNBYB has not
18 | received and will not receive a lien or other interest in property of the Debtors or third parties to
19 | secure payment of fees. No agreement or understanding exists for a division of fees between
20 | LNBYB and any other person or entity, except as among the partners of LNBYB.

21 |     9.    LNBYB has agreed to accept as compensation for its services such sums as may
22 | be allowed by this Court in accordance with law, based upon the time spent and services
23 | rendered, the results achieved, the difficulties encountered, the complexities involved, and other
24 | appropriate factors.

25 | ///
26 | ///
27 | ///
28 | ///

10.    No compensation will be paid by Applicant to LNBYB except upon application to and approval by this Court after notice and a hearing pursuant to sections 330 and 331 of the Bankruptcy Code.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on October 18, 2010 at Los Angeles, California.

TIMOTHY J. YOO

LAW OFFICES
# LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone No. (310) 229-1234
Telecopier No. (310) 229-1244

### 2010 HOURLY BILLING RATES

| ATTORNEYS | RATE |
|---|---|
| DAVID W. LEVENE | $585.00 |
| DAVID L. NEALE | 585.00 |
| RON BENDER | 585.00 |
| MARTIN J. BRILL | 585.00 |
| TIMOTHY J. YOO | 585.00 |
| EDWARD M. WOLKOWITZ | 585.00 |
| DAVID B. GOLUBCHIK | 540.00 |
| MONICA Y. KIM | 540.00 |
| BETH ANN R. YOUNG | 540.00 |
| DANIEL H. REISS | 540.00 |
| IRVING M. GROSS | 540.00 |
| PHILIP A. GASTEIER | 540.00 |
| JACQUELINE L. RODRIGUEZ | 485.00 |
| JULIET Y. OH | 485.00 |
| MICHELLE S. GRIMBERG | 485.00 |
| TODD M. ARNOLD | 485.00 |
| TODD A. FREALY | 485.00 |
| ANTHONY A. FRIEDMAN | 415.00 |
| CARMELA T. PAGAY | 415.00 |

EXHIBIT___1   PAGE 10

| | |
|---|---|
| KRIKOR J. MESHEFEJIAN | 335.00 |
| JOHN-PATRICK M. FRITZ | 335.00 |
| GWENDOLEN D. LONG | 335.00 |
| LINDSEY L. SMITH | 225.00 |
| PARAPROFESSIONALS | 195.00 |

EXHIBIT___1___PAGE___11

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as **APPLICATION OF CHAPTER 7 TRUSTEE TO EMPLOY LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P., AS GENERAL BANKRUPTCY COUNSEL; DECLARATION OF TIMOTHY J. YOO IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On October 20 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Michelle S Grimberg    msg@lnbyb.com, angela@lnbrb.com
- Heide Kurtz (TR)    trustee@hkurtzco.com, ca45@ecfcbis.com
- Carmela Pagay    ctp@lnbrb.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Alfred J Verdi    al@verdilaw.com, averlaw@aol.com;verdilawgroup@gmail.com
- Timothy J Yoo    tjy@lnbyb.com

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On October 20 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
Serozh Mesropian
3509 Prospect Avenue
La Crescenta, CA 91214

Debtor
Roobina Karimian
3509 Prospect Avenue
La Crescenta, CA 91214

☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

October 20, 2010        Katie Finn
_Date_                        _Type Name_                        _Signature_

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_August 2010_                                              **F 9013-3.1.PROOF.SERVICE**

## File a Motion:

2:10-bk-30338-ER Serozh Mesropian and Roobina Karimian Converted 06/28/2010

Type: bk                     Chapter: 7 v            Office: 2 (Los Angeles)
Assets: y                    Judge: ER               Case Flag: DbConvRqst,
                                                     CONVERTED, DEFER


### U.S. Bankruptcy Court

### Central District Of California

Notice of Electronic Filing

The following transaction was received from Carmela Pagay entered on 10/20/2010 at 4:03 PM PDT
and filed on 10/20/2010
**Case Name:**        Serozh Mesropian and Roobina Karimian
**Case Number:**      2:10-bk-30338-ER
**Document Number:** 43

**Docket Text:**
Application to Employ Levene, Neale, Bender, Yoo & Brill L.L.P. as General Bankruptcy Counsel ;
*Declaration of Timothy J. Yoo in Support Thereof* Filed by Trustee Heide Kurtz (TR) (Pagay, Carmela)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\App to Emp LNBYB.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=10/20/2010] [FileNumber=39280736
-0] [01013f224924f9aeb15f868234847182ea5b3b54e7873c60ae9f36cc54cd22d7b
af8af2d9ef09efcb95abb71709d9ff278d958c16018f37f40f7605cc9cceeec]]

**2:10-bk-30338-ER Notice will be electronically mailed to:**

Michelle S Grimberg on behalf of Plaintiff HEIDE KURTZ
msg@lnbyb.com, angela@lnbrb.com

Heide Kurtz (TR)
trustee@hkurtzco.com, ca45@ecfcbis.com

Carmela Pagay on behalf of Plaintiff HEIDE KURTZ
ctp@lnbrb.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Alfred J Verdi on behalf of Debtor Serozh Mesropian

al@verdilaw.com, averlaw@aol.com;verdilawgroup@gmail.com

Timothy J Yoo on behalf of Plaintiff HEIDE KURTZ
tjy@lnbyb.com

**2:10-bk-30338-ER Notice will not be electronically mailed to:**

TIMOTHY J. YOO (State Bar 155531)
tjy@lnbyb.com
CARMELA T. PAGAY (State Bar No. 195603)
ctp@lnbyb.com
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 229-1234
Facsimile:  (310) 229-1244

Attorneys for Heide Kurtz
Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>SEROZH MESROPIAN and ROOBINA KARIMIAN,<br><br>Debtors. | Case No. 2:10-bk-30338-ER<br><br>Chapter 7<br><br>**NOTICE OF FILING OF APPLICATION OF CHAPTER 7 TRUSTEE TO EMPLOY LEVENE, NEALE, BENDER, YOO & BRILL L.L.P. AS GENERAL BANKRUPTCY COUNSEL**<br><br>[No Hearing Required] |

**TO ALL INTERESTED PARTIES:**

  **PLEASE TAKE NOTICE** that Heide Kurtz, the Chapter 7 Trustee (the "Trustee," or "Applicant") for the estate of Serozh Mesropian and Roobina Karimian (the "Debtors"), has filed an application (the "Application") to employ the law firm of Levene, Neale, Bender, Yoo & Brill L.L.P. ("LNBYB") as general bankruptcy counsel effective as of October 12, 2010. A copy of the complete Application is on file with the Court and may be obtained by submitting a written request to LNBYB, whose name, address and facsimile number are set forth in the upper left-hand corner of the first page of this Notice.

  **PLEASE TAKE FURTHER NOTICE** that the Trustee seeks to employ LNBYB as its bankruptcy counsel to render, among others, the following types of professional services:

<center>1</center>

1        a.    prosecuting an adversary proceeding to avoid and recover the transfer of
2  debtor Serozh Mesropian's interest in the real property located at 10421 Parr Avenue, Sunland,
3  California (the "Property"), and if successful, facilitating a sale of the Property, including the
4  commencement of unlawful detainer proceedings against non-debtor occupants;

5        b.    advising Applicant with regard to the requirements of the Bankruptcy
6  Court, Bankruptcy Code, Bankruptcy Rules and the Office of the United States Trustee as they
7  pertain to the Debtors;

8        c.    advising Applicant with regard to certain rights and remedies of its
9  bankruptcy estate and the rights, claims and interests of creditors;

10        d.    representing Applicant in any proceeding or hearing in the Bankruptcy
11  Court involving its estate unless Applicant is represented in such proceeding or hearing by
12  other special counsel;

13        e.    conducting examinations of witnesses, claimants or adverse parties and
14  representing Applicant in any adversary proceeding except to the extent that any such adversary
15  proceeding is in an area outside of LNBYB's expertise or which is beyond LNBYB's staffing
16  capabilities;

17        f.    preparing and assisting the Applicant in the preparation of reports,
18  applications, pleadings and orders including, but not limited to objections to claims, settlements
19  and other matters relating to the case;

20        g.    investigating, evaluating, and prosecuting objections to claims as may be
21  appropriate; and

22        h.    performing any other services which may be appropriate in LNBYB's
23  representation of Applicant during the bankruptcy case.

24        **PLEASE TAKE FURTHER NOTICE** that LNBYB is a firm which specializes in the
25  practice of bankruptcy law and has represented chapter 7 trustees in many bankruptcy cases for
26  numerous years.

27

28

2

**PLEASE TAKE FURTHER NOTICE** that to the best of Applicant's knowledge and based upon the Declaration of Timothy J. Yoo (the "Yoo Declaration"), LNBYB and all attorneys associated with LNBYB who expect to render services in this matter are disinterested persons, do not hold or represent an interest adverse to the estate, and do not have any connections with the Debtors, the creditors of the estate, any other party in interest in this case, or each of their respective attorneys or accountants, the OUST, or any person employed by the OUST.   In addition, LNBYB has represented the Trustee in unrelated cases before the United States Bankruptcy Court.  Such prior representation does not affect the proposed representation herein.

**PLEASE TAKE FURTHER NOTICE** that because LNBYB's practice is limited exclusively to matters of bankruptcy, insolvency and reorganization law, the services provided by LNBYB do not include the rendition of substantive legal advice outside of these areas such as corporate, tax, securities, tort, environmental, labor, criminal, real estate law or real estate litigation.  LNBYB will not be required to represent or advise the Trustee in matters which LNBYB believes are beyond LNBYB's expertise such as the areas of law just described.  In addition, LNBYB will not be required to represent the Trustee in matters where LNBYB determines that it lacks the ability to staff the matter adequately, such as in certain, major complex litigation.

**PLEASE TAKE FURTHER NOTICE** that no compensation will be paid by the Trustee to LNBYB except upon application to and approval by this Court after notice and a hearing pursuant to sections 330 and 331 of the Bankruptcy Code. The hourly rates of attorneys and paraprofessionals of LNBYB are set forth on the attached schedule.  LNBYB has not received any retainer for legal services in contemplation of and in connection with this case.

**PLEASE TAKE FURTHER NOTICE** that Local Bankruptcy Rule 2014-1(b)(3)(E) requires that any response and request for hearing, in the form required by Local Bankruptcy

3

1   Rule 9013-1(f)(1), be filed and served on the Trustee, his counsel, and the Office of the United

2   States Trustee not later than 14 days from the date of service of this Notice.

3       **PLEASE TAKE FURTHER NOTICE** that the failure to file a timely objection to the

4   Application or request for a Bankruptcy Court hearing on the Application may be deemed by

5   the Bankruptcy Court to constitute consent to Bankruptcy Court approval of the Application.

6

7   Dated: October 2о, 2010            LEVENE, NEALE, BENDER, YOO &
                                        BRILL L.L.P.
8

9                                   By: _____
                                        CARMELA T. PAGAY
10                                      Attorneys for Heide Kurtz
                                        Chapter 7 Trustee
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

LAW OFFICES
## LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone No. (310) 229-1234
Telecopier No. (310) 229-1244

### 2010 HOURLY BILLING RATES

| ATTORNEYS | RATE |
|---|---|
| DAVID W. LEVENE | $585.00 |
| DAVID L. NEALE | 585.00 |
| RON BENDER | 585.00 |
| MARTIN J. BRILL | 585.00 |
| TIMOTHY J. YOO | 585.00 |
| EDWARD M. WOLKOWITZ | 585.00 |
| DAVID B. GOLUBCHIK | 540.00 |
| MONICA Y. KIM | 540.00 |
| BETH ANN R. YOUNG | 540.00 |
| DANIEL H. REISS | 540.00 |
| IRVING M. GROSS | 540.00 |
| PHILIP A. GASTEIER | 540.00 |
| JACQUELINE L. RODRIGUEZ | 485.00 |
| JULIET Y. OH | 485.00 |
| MICHELLE S. GRIMBERG | 485.00 |
| TODD M. ARNOLD | 485.00 |
| TODD A. FREALY | 485.00 |
| ANTHONY A. FRIEDMAN | 415.00 |
| CARMELA T. PAGAY | 415.00 |

| | |
|---|---|
| KRIKOR J. MESHEFEJIAN | 335.00 |
| JOHN-PATRICK M. FRITZ | 335.00 |
| GWENDOLEN D. LONG | 335.00 |
| LINDSEY L. SMITH | 225.00 |
| PARAPROFESSIONALS | 195.00 |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as **NOTICE OF FILING OF APPLICATION OF CHAPTER 7
TRUSTEE TO EMPLOY LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P., AS GENERAL BANKRUPTCY
COUNSEL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d);
and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General
Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink
to the document. On October 2, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding
and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email
address(es) indicated below:

- Michelle S Grimberg    msg@lnbyb.com, angela@lnbrb.com
- Heide Kurtz (TR)    trustee@hkurtzco.com, ca45@ecfcbis.com
- Carmela Pagay    ctp@lnbrb.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Alfred J Verdi    al@verdilaw.com, averlaw@aol.com;verdilawgroup@gmail.com
- Timothy J Yoo    tjy@lnbyb.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On October 2, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail,
first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes
a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Debtor
Serozh Mesropian
3509 Prospect Avenue
La Crescenta, CA 91214

Debtor
Roobina Karimian
3509 Prospect Avenue
La Crescenta, CA 91214

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or
entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or
entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission
and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u>
completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 20, 2010 | Katie Finn | *Katie Finn* |
| --- | --- | --- |
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                    **F 9013-3.1.PROOF.SERVICE**

Label Matrix for local noticing
0973-2
Case 2:10-bk-30338-ER
Central District Of California
Los Angeles
Wed Oct 20 15:50:57 PDT 2010

AT&T Universal
Processing Center
Des Moines, IA 50363-0001

(p)ADVANTA
700 DRESHER RD
HORSHAM PA 19044-2206

Advanta Bank Corp. in receivership of
FDIC
POB 3001
Malvern, PA 19355-0701

American Infosource Lp As Agent for
Citibank (South Dakota) N.A.
PO Box 248840
Oklahoma City, OK  73124-8840

Bank of the West
POB 4002
Concord, CA 94524-4002

Cap One
Po Box 85520
Richmond, VA 23285-5520

Capital One
POB 60599
City of Industry, CA 91716-0599

Capital One Bank (USA), N.A.
by American Infosource Lp As Agent
PO Box 248839
Oklahoma City, OK  73124-8839

Captial One Bank
P.O. Box 60599
City of Industry, CA 91716-0599

Chase
P.O. Box 94014
Palatine, IL 60094-4014

Chase
Po Box 15298
Wilmington, DE 19850-5298

Chase Bank USA NA
PO BOX 15145
Wilmington, DE 19850-5145

Chase Bank USA, N.A.
PO Box 15145
Wilmington, DE 19850-5145

Chase Mortgage
P.O. Box 78035
Phoenix, AZ 85062-8035

Chase- Tjx
P.O. Box 15298
Wilmington, DE 19850-5298

Cpu/Cbsd
Po Box 6497
Sioux Falls, SD 57117-6497

Department Stores National Bank/Macys
Nco Financial Systems, Inc.
PO Box 4275
Norcross, GA 30091-4275

Discover Bank/DFS Services LLC
PO Box 3025
New Albany, OH  43054-3025

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850-5316

First Equity Card
POB 23029
Columbus, GA 31902-3029

Gemb/Chevron
4125 Windward Plz
Alpharetta, GA 30005-8738

Gemb/Ge Money Bank Low
Po Box 103065
Roswell, GA 30076

HSBC Bank Nevada, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd, Suite 200
Tucson, AZ 85712-1083

Hsbc/Cosco
Cost
Wilmington, DE 19808

IndyMac Mtge. Srvc.
6900 Beatrice Dr.
Kalamazoo, MI 49009-9559

Macysdsnb
911 Duke Blvd
Mason, OH 45040

OneWest Bank, FSB
c/o McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92101-2607

PRA Receivables Management, LLC
As Agent Of Portfolio Recovery Assocs.
c/o Lowes
POB 41067
Norfolk VA 23541-1067

PYOD LLC its successors and assigns as assig
Citibank, NA
c/o Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

Sears Master Card
POB 688957
Des Moines, IA 50368-8957

Southwest Electric
6330 San Fernando Rd.
Glendale, CA 91201-2441

(p)TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

Toyota Motor Credit Corporation
3200 West Ray Road
Chandler, AZ 85226-2450

Unvl/Citi
Po Box 6241
Sioux Falls, SD 57117-6241

Wells Fargo
POB 54349
Los Angeles, CA 90054-0349

Wells Fargo Bank, N.A.
BDD Bankruptcy Dept, MAC S4101-08C
100 W. Washington Street
Phoenix, AZ 85003-1805

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Advanta Bank Corp
Po Box 844
Spring House, PA 19477

Toyota Financial
POB 60116
City of Industry, CA 91716

End of Label Matrix
Mailable recipients    42
Bypassed recipients     0
Total                  42

## File a Notice:

2:10-bk-30338-ER Serozh Mesropian and Roobina Karimian **Converted** 06/28/2010

| | | |
|---|---|---|
| Type: bk | Chapter: 7 v | Office: 2 (Los Angeles) |
| Assets: y | Judge: ER | Case Flag: DbConvRqst, CONVERTED, DEFER |

### U.S. Bankruptcy Court

### Central District Of California

Notice of Electronic Filing

The following transaction was received from Carmela Pagay entered on 10/20/2010 at 4:04 PM PDT and filed on 10/20/2010

**Case Name:**      Serozh Mesropian and Roobina Karimian
**Case Number:**    2:10-bk-30338-ER
**Document Number:** 44

**Docket Text:**
Notice of motion/application *of Chapter 7 Trustee to Employ Levene, Neale, Bender, Yoo & Brill L.L.P. as General Bankruptcy Counsel* Filed by Trustee Heide Kurtz (TR) (RE: related document(s)[43] Application to Employ Levene, Neale, Bender, Yoo & Brill L.L.P. as General Bankruptcy Counsel *; Declaration of Timothy J. Yoo in Support Thereof* Filed by Trustee Heide Kurtz). (Pagay, Carmela)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\Ntc of App to Emp LNBYB.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=10/20/2010] [FileNumber=39280822
-0] [b6a713bfe47431d4c3e6133ba36a7e5a7b32797c532a364c2d9c0b06651e6ad0c
cf88fd58b7e7f877eab4d20943e8d3bf523c15986f685822a0b1c017a5df255]]

**2:10-bk-30338-ER Notice will be electronically mailed to:**

Michelle S Grimberg on behalf of Plaintiff HEIDE KURTZ
msg@lnbyb.com, angela@lnbrb.com

Heide Kurtz (TR)
trustee@hkurtzco.com, ca45@ecfcbis.com

Carmela Pagay on behalf of Plaintiff HEIDE KURTZ
ctp@lnbrb.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Alfred J Verdi on behalf of Debtor Serozh Mesropian
al@verdilaw.com, averlaw@aol.com;verdilawgroup@gmail.com

Timothy J Yoo on behalf of Plaintiff HEIDE KURTZ
tjy@lnbyb.com

**2:10-bk-30338-ER Notice will not be electronically mailed to:**

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

10250 Constellation Blvd., Ste. 1700 Los Angeles, CA 90067

A true and correct copy of the foregoing document described as **DECLARATION RE: ENTRY OF ORDER WITHOUT HEARING PURSUANT TO LOCAL BANKRUPTCY RULE 2014-1(b)(4)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On November 15, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

II.  **SERVED BY U.S. MAIL** (indicate method for each person or entity served):
On November 15, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Ernest M. Robles
United States Bankruptcy Court
255 E. Temple St., #1560
Los Angeles, CA 90012

☐ Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 15, 2010 | Katie Finn | _Katie Finn_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**